**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN DAUBER, ) | |
|         Plaintiffs, ) | |
| v. ) | NO. 18-cv-7752 |
| ) | |
| MENARD, INC., ) | |
|         Defendant. ) | |

**DEFENDANT'S NOTICE OF REMOVAL**

NOW COMES Defendant MENARD, INC. by its attorneys, and pursuant to 28 U.S.C. §1441, 28 U.S.C. §1446 and 28 U.S.C. § 1332, hereby files its Notice of Removal of this cause to the United States District Court for the Northern District of Illinois, from the Circuit Court of Cook County, Illinois, and respectfully states:

1. On October 24, 2018, the Plaintiff, JOHN DAUBER, filed an action in the Circuit Court of Cook County, Illinois, entitled <u>John Dauber v. Menard, Inc., a Wisconsin Corporation</u>, Case No. 2018-5-007923. Defendant in said action now files this Notice of Removal. Upon receiving a file-marked copy hereof, Defendant will serve this Notice of Removal upon Plaintiff and file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois.

2. Plaintiffs commenced this cause of action in Cook County, Illinois on October 24, 2018, by filing their Complaint and having a summons issued thereon. A summons and copy of the Complaint were served on Defendant, on October 31, 2018. Accordingly, this Notice of Removal is timely. A copy of the Complaint and Cook County Electronic Docket Entry is attached hereto as Exhibit A.

3. The Plaintiff is a citizen of the State of Illinois and currently resides and has resided in Illinois.

4. For the purposes of 28 U.S.C. 1332, "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business, except that in any direct action against the insurer of a policy or contract of liability insurance…" See 28 U.S.C. 1332(c)(1).

5. This matter is not a direct action against the insurer of a policy or contract of liability insurance.

6. Menard, Inc. was incorporated in or about 1962 in the State of Wisconsin and has remained a Wisconsin corporation.

7. Menard, Inc.'s place of business has always been in Eau Claire, Wisconsin. Its corporate headquarters are located at 4777 Menard Dr., Eau Claire, WI 54703.

8. Therefore, based upon the facts that the Plaintiff is a resident of Illinois and the Defendant is a corporation incorporated in Wisconsin and having its primary place of business in Wisconsin, diversity jurisdiction is proper and the matter should be heard before the United States District Court for the Northern District of Illinois Eastern Division.

9. The Complaint alleges that the Plaintiff, John Dauber, suffered personal injury during an accident occurring on October 26, 2016, at the Menards premises located at 6851 W. 159th Street, in Tinley Park, Cook County, Illinois.

10. The amount in controversy in this cause is believed to exceed $75,000.00, based on the limited information known by Defendant about the alleged injuries and/or damages in this matter.

11. In his Complaint, the Plaintiff, John Dauber, alleges that he sustained injuries of a personal and pecuniary nature that exceed the jurisdictional minimum of the Law Division of the Circuit Court of Cook County. He has demanded judgment in excess of $50,000.00. Attached

to the Complaint is an Affidavit of Plaintiff's counsel reiterating the Plaintiff's claim is for more than $50,000.00.

12. Defendant's counsel attempted to contact Plaintiff's counsel via telephone and e-mail to discuss case value, but, to date, no response has been received from Plaintiff's counsel, therefore, the Defendant is only able to base its information relative to the Plaintiff's alleged injuries on the pleadings filed herein.

13. Because this controversy is entirely between citizens of different states diverse from the Plaintiff and the amount in controversy is believed to exceed $75,000.00, Defendant desires to remove said cause from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois based on diversity jurisdiction.

14. The Defendant has sought removal of this matter under 28 U.S.C. 1332 as this court has original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States;

WHEREFORE, Defendant MENARD, INC. respectfully requests that this case proceed before the United States District Court for the Northern District of Illinois as an action properly removed.

Date: November 21, 2018

Respectfully submitted,

/s/ Martha J. Heiberger
Martha J. Heiberger (#6286373)
Timothy J. Young (#6192231)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street, Suite 300
Chicago, Illinois 60661
T (312) 345-1718
Martha.Heiberger@lewisbrisbois.com
Tim.Young@lewisbrisbios.com

*Attorneys for Defendant, Menard, Inc.*