Return Date: 11/26/2018

FILED
10/24/2018 2:18 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
20185007923

FILED DATE: 10/24/2018 2:18 PM   20185007923

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT – FIFTH DISTRICT

JOHN DAUBER,                )
                            )
    Plaintiff,              )
                            )
v.                          )   Case No. 20185007923
                            )
MENARD, INC., a Wisconsin   )   Amount Claimed in excess
Corporation,                )   of Fifty Thousand ($50,000.00)
                            )   Dollars
    Defendant.              )

## COMPLAINT AT LAW

NOW COMES the Plaintiff, John Dauber, by and through his attorneys, Barrett & Sramek, and for his Complaint at Law against the Defendant, Menard, Inc., states as follows:

1. That on or about October 26, 2016, the Plaintiff, John Dauber, was a resident of Tinley Park, County of Cook, and State of Illinois.

2. On October 26, 2016 and prior thereto, Defendant, Menard, Inc., was a foreign Wisconsin corporation authorized to do and engaging in business in Illinois.

3. That at the said time and place, the Plaintiff, John Dauber was business invitee and properly upon the said premises commonly known as 6851 W. 159th Street, Tinley Park, County of Cook, State of Illinois.

4. That at all times herein relevant the Defendant, Menard, Inc., owned, operated, managed, leased, and/or maintained the property located at 6851 W. 159th Street, Tinley Park, County of Cook, State of Illinois.

5. That at all times herein relevant the Defendant, Menard, Inc., held itself out as a business in order to entice individuals, including the Plaintiff, to conduct economic transactions.

6. That at the said time and place, it was the duty of the Defendant, Menard, Inc., to

1

**EXHIBIT A**

maintain said property in a manner so as not to cause injuries to the persons properly upon said property.

7. That at the time and place aforesaid, the Defendant, Menard, Inc., was then and there guilty of one or more of the following acts or omissions:

   a. Failed to maintain the property in a reasonably safe manner so as to avoid injuries to those properly upon the premises;
   b. Permitted and allowed the property to remain in an unsafe and dangerous condition consisting of a greasy, slimy, oily substances on the walkway;
   c. Permitted and allowed said walkway to be and remain in an unsafe and dangerous condition for use by the public properly upon said premises, although defendant knew or in the exercise of ordinary care should have known of this condition;
   d. Failed to adequately clean and maintain, inspect, recognize, and/or rectify the said property in that it failed to remove the greasy, slimy, oily substance from the ground.
   e. Failed to remove the greasy, slimy, oily substance from the property, although said defendant knew or in the exercise of ordinary care should have known that said failure was to result in injury to the persons walking upon the said property, including plaintiff;
   f. Failed to warn the public, including the plaintiff, of the unsafe and dangerous condition of the premises, including, but not limited to, the greasy, slimy, oily substance on the premises, although said defendant knew or in the exercise of ordinary care should have known that such warning was reasonably necessary to prevent injuries to persons properly upon said premises, including the plaintiff;
   g. Failed to provide a safe ingress and egress through the property; and
   h. Was otherwise careless and negligent.

8. As a direct and proximate result of one or more of the foregoing acts or omissions, the Plaintiff, John Dauber, slipped on the unsafe and dangerous condition and fell to the ground sustaining injuries both internally and externally, of a permanent and lasting nature.

9. That as a result, the Plaintiff, John Dauber, suffered serious and permanent injuries to his person, requiring him to obtain medical treatment of the care for those injuries, and was unable to attend to his normal duties and affairs in life; and has expended and will continue to expend great sums of money or the medical treatment of his injuries; and has incurred pain and suffering and will continue to incur disabilities as a result of his injuries.

2

**EXHIBIT A**

WHEREFORE, the Plaintiff, JOHN DAUBER, prays for judgment in his favor and against the Defendant, Menard, Inc., a foreign Wisconsin Corporation, in an amount in excess of Fifty Thousand ($50,000.00) Dollars plus the costs of this suit.

Attorney #22525  
Michael Barrett  
Barrett & Sramek  
Attorney for Petitioner  
6446 W. 127th Street  
Palos Heights, Illinois 60463  
(708) 371-8500

Respectfully submitted,

*[signature]*  
One of Plaintiff's Attorneys

3

**EXHIBIT A**

FILED DATE: 10/24/2018 2:18 PM  2018S007923

## AFFIDAVIT

I, Michael B. Barrett, being the attorney herein, do state that I have reviewed the facts of this matter and believe the Plaintiffs claim exceeds Fifty Thousand ($50,000) Dollars.

By: *[signature]*
Michael B. Barrett
Attorney for Plaintiff, John Dauber

Attorney #22525
Michael Barrett
Barrett & Sramek
Attorney for John Dauber
6446 W. 127th Street
Palos Heights, Illinois 60463
(708) 371-8500
(708) 371-9537 (Fax)

4

**EXHIBIT A**



| Case Information Summary for Case Number |
|---|
| 2018-M5-007923 |

Filing Date: 10/24/2018

Case Type: PERSONAL INJURY

Division: Suburban Municipal Division

District: Bridgeview

Ad Damnum: $50000.00

Calendar:

### Party Information

**Plaintiff(s)**
DAUBER JOHN

**Attorney(s)**
BARRETT & SRAMEK
6446 W 127TH ST
PALOS HTS IL, 60463
(708) 371-8500

**Defendant(s)**
MENARD, INC.

**Defendant Date of Service**

**Attorney(s)**

### Case Activity

Activity Date: 10/24/2018     Participant: DAUBER JOHN

PERSONAL INJURY COMPLAINT FILED

Date: 11/26/2018
Court Time: 0930
Court Room: 0205
Court Fee: 368.00
Ad Damnum Amount: 50000.00

Attorney: BARRETT & SRAMEK
Microfilm: SD000000000

Activity Date: 10/24/2018     Participant: DAUBER JOHN

EXHIBITS FILED

Attorney: BARRETT & SRAMEK
Microfilm: SD000000000

Activity Date: 10/24/2018     Participant: DAUBER JOHN

SUMMONS ISSUED AND RETURNABLE

Attorney: BARRETT & SRAMEK

**EXHIBIT A**

Microfilm: SD000000000

Activity Date: 10/24/2018     Participant: DAUBER JOHN

CASE ELECTRONICALLY FILED

Attorney: BARRETT & SRAMEK
Microfilm: SD000000000

Activity Date: 10/24/2018     Participant: DAUBER JOHN

ELECTRONIC NOTICE SENT

Attorney: BARRETT & SRAMEK
Microfilm: SD000000000

Activity Date: 10/24/2018     Participant: DAUBER JOHN

CASE SET ON STATUS CALL

Date: 12/26/2018
Court Time: 0930
Court Room: 0205

Attorney: BARRETT & SRAMEK
Microfilm: SD000000000

[Back to Top]

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

EXHIBIT A